# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-990
_____

TIMOTHY SNEED,

Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

Appellees.

_____

On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

September 30, 2020

PER CURIAM.

AFFIRMED.

LEWIS, B.L. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Timothy Sneed, pro se, Appellant.

Ashley Moody, Attorney General, Kristen Jennifer Lonergan, Assistant Attorney General, and Lance E. Neff, Department of Corrections, Tallahassee, for Appellees.